Damian M. Dolin, Esq., Bar No. 220867
Robert A. Ortiz, Esq., Bar No. 246849
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, California  92130-2051
Tel:      (858) 755-8500
Fax:      (858) 755-8504
Email:   ddolin@pettitkohn.com
             rortiz@pettitkohn.com

Attorneys for Defendant
**ALLIED INTERSTATE, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CARL HELBER,<br><br>     Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC.,<br><br>     Defendant. | Case No. SA-CV-09-00682 DOC (MLGx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE COURT, PLAINTIFF CARL HELBER AND HIS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that the above-entitled and numbered case has been settled in its entirety.  The Settlement Agreement and Release conditions dismissal of this matter on the satisfactory completion of specified terms, including payment of $3,500 to Plaintiff CARL HELBER, the execution of the Settlement Agreement and Release and the filing of a Joint Stipulation Dismissing the Case.

   The parties anticipate that the terms of the settlement will be performed within 45 days of the date of settlement.  A Joint Stipulation Dismissing the Case will be filed no later than November 30, 2009.

///

///

///

316-2154

1

1    The next scheduled hearing or conference is a Scheduling Conference

2  scheduled on Judge Carter's calendar for November 16, 2009, at 8:30 a.m.

3                          **PETTIT KOHN INGRASSIA & LUTZ PC**

4

5  Dated:  October 14, 2009          By_____/s/Damian M. Dolin_____

6                                        Damian M. Dolin
                                         Robert A. Ortiz
7                                        Attorneys for Defendant
                                         **ALLIED INTERSTATE, INC.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

316-2154