JS - 6

STAYED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV09-0682-DOC(MLGx) | Date | October 29, 2009 |
|---|---|---|---|
| Title | CARL HELBER -V- ALLIED INTERSTATE INC. | | |

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| Kristee Hopkins | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**   [IN CHAMBERS]   ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

The Court is in receipt of a Notice of Settlement of Entire Case filed on October 14, 2009. The Court hereby orders all proceedings in the case stayed pending final settlement. Accordingly, all pending dates are now VACATED.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown by **November 30, 2009**, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by **November 30, 2009**. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

:   0

Initials of Preparer

kh