1    Damian M. Dolin, Esq., Bar No. 220867
     Robert A. Ortiz, Esq., Bar No. 246849
2    **PETTIT KOHN INGRASSIA & LUTZ PC**
     11622 El Camino Real, Suite 300
3    San Diego, California  92130-2051
     Tel:    (858) 755-8500
4    Fax:    (858) 755-8504
     Email:  ddolin@pettitkohn.com
5            rortiz@pettitkohn.com

6    Attorneys for Defendant
     **ALLIED INTERSTATE, INC.**

7

8                    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| 10  CARL HELBER, | Case No. SA-CV-09-00682 DOC (MLGx) |
| 11                     Plaintiff, | **JOINT STIPULATION DISMISSING THE CASE** |
| 12  v. | |
| 13  ALLIED INTERSTATE, INC., | |
| 14                     Defendant. | |

15

16          IT IS HEREBY STIPULATED by and between the parties, through their

17   counsel undersigned, that the above-entitled and numbered case be dismissed, each

18   party to bear its own attorneys' fees and costs.

19                                      **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

20

21   Dated:  October 30, 2009          By___/s/Todd M. Friedman_____
                                          Todd M. Friedman
22                                        Attorneys for Plaintiff
                                          **CARL HELBER**
23
                                       **PETTIT KOHN INGRASSIA & LUTZ PC**
24

25   Dated:  October 30, 2009          By___/s/Damian M. Dolin_____
                                          Damian M. Dolin
26                                        Robert A. Ortiz
                                          Attorneys for Defendant
27                                        **ALLIED INTERSTATE, INC.**

28

316-2154

                                          1